## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

LHF Productions, Inc.

                         Plaintiff,

v.                                                Case No.: 1:16–cv–09316

                                                      Honorable Rebecca R. Pallmeyer

Does 1–33

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 21, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference [8] granted without an appearance. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.